# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  )  CR NO: 2:03-cr-00259 WBS

ROBERT MIRANDA PEREZ

**FILED**

AUG 3 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **ROBERT MIRANDA PEREZ**

Detained at (custodian): **Sierra Conservation Center**

Detainee is:   a.)   ☒ charged in this district by:
☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: Probation Violation

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary September 15, 2011 at 2:00 p.m. in the Eastern District of California.*

Signature: /s/ Laurel D. White
Printed Name & Phone No: **LAUREL D. WHITE 916-554-2780**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 15, 2011 at 2:00 p.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

8/30/11
Date                                                                  United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | NA | Male ☐ | Female ☐ |
| Booking or CDC #: | V94599 | DOB: | 05/26/1981 |
| Facility Address: | 5100 O'Byrnes Ferry Road, | Race: | |
| | Jamestown, CA 95327 | FBI #: | |
| Facility Phone: | 209-984-5291 | | |
| Currently Incarcerated For: | State charges | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____
                                                     (Signature)

Form Crim-48                                                                                          Revised 11/19/97